**LIONEL JONES AND WILLIE WILSON**

**VERSUS**

**MARYLAND CASUALTY COMPANY, ZURICH AMERICAN INSURANCE COMPANY, POWELL'S CABLE COMPANY AND KAREN A. JONES**

\*     **NO. 2018-CA-0552**

\*     **COURT OF APPEAL**

\*     **FOURTH CIRCUIT**

\*     **STATE OF LOUISIANA**

\*

\*

\* \* \* \* \* \* \*

CONSOLIDATED WITH:

COURTNEY GILLARD

VERSUS

FRANK POWELL, JR., POWELL CABLE SERVICE, LLC, CABLE MAN, INC., JOHN DOE AND JEFFERSON PARISH TRANSIT

CONSOLIDATED WITH:

TERRY R. WHITE

VERSUS

POWELL CABLE SERVICE, LLC, KAREN A. JONES, MARYLAND CASUALTY COMPANY, LIONEL JONES, JEFFERSON PARISH TRANSIT AND/OR VEOLIA TRANSPORTATION SERVICES INC., AND OLD REPUBLIC

CONSOLIDATED WITH:

EVERETT HARRIS

VERSUS

MARYLAND CASUALTY COMPANY, POWELL'S CABLE SERVICE, LLC, KAREN A. JONES, AND COX COMMUNICATIONS LOUISIANA, LLC

CONSOLIDATED WITH:

NO. 2018-CA-0553

CONSOLIDATED WITH:

NO. 2018-CA-0554

CONSOLIDATED WITH:

NO. 2018-CA-0555

*MJ*

**JASMINE, J., CONCURS IN THE RESULT AND CONCURS WITH THE REASONS ASSIGNED BY JUDGE LEDET**